AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

_FILED  _ENTERED
_LODGED  _RECEIVED

NOV 06 2019  GT

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ19-501 (10)
)
24202 104th Avenue Southeast, Unit 104, Kent, )
Washington, more fully described in Attachment A12 )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington
*(identify the person or describe the property to be searched and give its location)*:

24202 104th Avenue Southeast, Unit 104, Kent, Washington, more fully described in Attachment A12

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before     November 4, 2019     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    10/21/2019 0:00 am / 3:30 pm     _____
                                                         Judge's signature

City and state:     Seattle, Washington            United States Magistrate Judge Mary Alice Theiler
                                                         *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ 19-501 (10) | 10-23-19 @ 0630 | CINDY SOLTERO |

Inventory made in the presence of:
SAME

Inventory of the property taken and name of any person(s) seized:

① PAPERWORK, DOCS, RECEIPTS
② STORAGE UNIT RENTAL

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Nov. 4, 2019

R Hamilton
_Executing officer's signature_

TFO RYAN HAMILTON
_Printed name and title_

## ATTACHMENT A
### Locations and vehicles to be searched

This warrant authorizes the government to search the following locations and vehicles for evidence and/or fruits of the commission of the following crimes, as further described in Attachment B hereto: distribution and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to commit these offenses in violation of Title 21, United States Code, Section 846; use of a communications facility in furtherance of a felony drug offense in violation of Title 21, United States Code, Section 843(b); importation of controlled substances, in violation of Title 21, United States Code, Section 952; unlawful possession of a firearm, in violation of Title 18, United States Code, Section 922(g); possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c); and laundering of monetary instruments in violation of Title 18, United States Code, Sections 1956 and 1957.

With respect to the locations to be searched, where that location is an apartment or multi-family residence, the search is to include all rooms within the residence, and any assigned garages or storage rooms, attached or detached, and any vehicles found within an assigned garage or in any assigned parking space, whether or not particularly named among the vehicles for which specific search authorization is sought.

With respect to the locations to be searched, where that location is a single-family residence, the search is to include all rooms within the residence, and any garages or storage rooms, attached or detached, and any vehicles found within the curtilage of the residence, whether or not particularly named among the vehicles for which specific search authorization is sought.

Attachment A
Page 1

# ATTACHMENT A12

**Work place of Yazmin ALVARADO-Isordia (Soltero's Market Mexican Grocery):** 24202 104th Avenue Southeast, Unit 104, Kent, Washington.

**Property Description:** This is a single-story shopping complex "strip mall" on a parcel identified through the King County Assessor's Office as Parcel #783080-0116. The building runs north-south and is tan in color with red roofing. The number "24202" is attached to the structure above the primary entry doors, just above the "Soltero's Market Mexican Grocery" business sign. This business is accessed through the primary west-facing doors.



Attachment A
Page 2

## Attachment B

## List of Items to be Searched for and Seized

Evidence and/or fruits of the commission of the following crimes: conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846; use of a communications facility in furtherance of a felony drug offense in violation of Title 21, United States Code, Section 843(b); and laundering of monetary instruments in violation of Title 18, United States Code, Sections 1956 and 1957, as follows:

1. **Cash and Financial Records**: Currency and financial records, including bank records, safe deposit box records and keys, credit card records, bills, receipts, tax returns, vehicle documents, and similar items; other records that show income and expenditures, net worth, money transfers, wire transmittals, negotiable instruments, bank drafts, cashier's checks, and similar items, including such records stored in electronic format; and money counters.

2. **Photographs/Surveillance**: Photographs, video tapes, digital cameras, surveillance cameras, and associated hardware/storage devices, and similar items, depicting property occupants, friends and relatives of the property occupants, and assets derived from the distribution of controlled substances, including such records stored in electronic format.

3. **Property Records**: Deeds, contracts, escrow documents, mortgage documents, rental documents, and other evidence relating to the purchase, ownership, rental, income, expenses, or control of the premises, and similar records of other property owned or rented.

4. **Indicia of occupancy**, residency, and/or ownership of assets including, but not limited to, utility and telephone bills, canceled envelopes, rental records or payment receipts, leases, mortgage statements, and other documents.

5. **Evidence of Storage Unit Rental or Access**: rental and payment records, keys and codes, pamphlets, contracts, contact information, directions, passwords, or other documents relating to storage units.

6. **Evidence of Personal Property Ownership**: Registration information, ownership documents, or other evidence of ownership of personal property including, but not limited to, vehicles, vessels, boats, airplanes, jet skis, all-terrain vehicles, RVs, and other personal property; evidence of international or domestic travel, hotel/motel stays; and any other evidence of unexplained wealth.

7. **Individual and business financial books**, records, receipts, notes, ledgers, diaries, journals, and all records relating to income, profit, expenditures, or losses, such as:

## Attachment B

### List of Items to be Searched for and Seized

       a.     Employment records: paychecks or stubs, lists and accounts of employee payrolls, records of employment tax withholdings and contributions, dividends, stock certificates, and compensation to officers.

       b.     Savings accounts: statements, ledger cards, deposit tickets, register records, wire transfer records, correspondence, and withdrawal slips.

       c.     Checking accounts: statements, canceled checks, deposit tickets, credit/debit documents, wire transfer documents, correspondence, and register records.

       d.     Loan Accounts: financial statements and loan applications for all loans applied for, notes, loan repayment records, and mortgage loan records.

       e.     Collection accounts: statements and other records.

       f.     Certificates of deposit: applications, purchase documents, and statements of accounts.

       g.     Credit card accounts: credit cards, monthly statements, and receipts of use.

       h.     Receipts and records related to gambling wins and losses, or any other contest winnings.

       i.     Insurance: policies, statements, bills, and claim-related documents.

       j.     Financial records: profit and loss statements, financial statements, receipts, balance sheets, accounting work papers, any receipts showing purchases made, both business and personal, receipts showing charitable contributions, and income and expense ledgers.

8. All bearer bonds, letters of credit, money drafts, money orders, cashier's checks, travelers checks, Treasury checks, bank checks, passbooks, bank drafts, money wrappers, stored value cards, and other forms of financial remuneration evidencing the obtaining, secreting, transfer, and/or concealment of assets and/or expenditures of money.

9. All Western Union and/or Money Gram documents and other documents evidencing domestic or international wire transfers, money orders, official checks, cashier's checks, or other negotiable interests that can be purchased with cash. These documents are to include applications, payment records, money orders, frequent customer cards, etc.

10. Negotiable instruments, jewelry, precious metals, financial instruments, and other negotiable instruments.

11. Documents reflecting the source, receipt, transfer, control, ownership, and disposition of United States and/or foreign currency.

**Attachment B**

List of Items to be Searched for and Seized

12. Correspondence, papers, records, and any other items showing employment or lack of employment.

13. Telephone books, and/or address books, facsimile machines to include the other memory system, any papers reflecting names, addresses, telephone numbers, pager numbers, cellular telephone numbers, facsimile, and/or telex numbers, telephone records and bills relating to co-conspirators, financial institutions, and other individuals or businesses with whom a financial relationship exists. Also, telephone answering devices that record telephone conversations and the tapes therein for messages left for or by co-conspirators for the laundering of drug proceeds.

14. Vehicles, safes and locked storage containers found at the subject premises that are capable of storing the items to be seized set forth in this Attachment, and the contents thereof that are otherwise described in this document.

15. Cell Phones: Cellular telephones and other communications devices including smartphones (i.e., iPhones, Android phones, Blackberries, and the like) may be seized, and searched for the following items:
    a. Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);
    b. Stored list of recent received, sent, and missed calls;
    c. Stored contact information;
    d. Stored photographs of currency, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;
    e. Stored photographs of real estate, or other records pertaining to the purchase, sale, lease, or renovation of real property including any embedded GPS data associated with those photographs;
    f. Stored text messages, as well as any messages in any internet messaging apps, including but not limited to Facebook Messenger, iMessage, Wikr, Telegram, Signal, WhatsApp, and similar messaging applications.

16. Identification documents, including passports, visas, alien registration cards, any travel documents, immigration documents, driver's licenses, identification cards, and social security cards;

17. Documents indicating travel in interstate and foreign commerce, to include airline tickets, notes and travel itineraries; airline schedules; gas receipts, bills; charge card receipts; hotel, motel, and car rental statements; correspondence with travel agencies and other travel related businesses; airline, rental car, and hotel frequent flier or user

## Attachment B

## List of Items to be Searched for and Seized

cards and statements; passports and visas; telephone bills; photographs of foreign locations; and papers relating to domestic and international travel; and

      18.     Stored footage from surveillance systems at the locations to be searched which identifies the person(s) in residence, occupancy, control, or ownership of the premises; and persons suspected of engaging in money laundering activities.